**Sharlene Miller**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Monday, March 04, 2019 5:07 PM |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Kathy Lynn Fletcher-Stair, Sr, Case Number: 19-00202, HWV, Ref: [p-131792650] |
| Attachments: | R_P11900202ntnew3410051.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

March 4, 2019

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Kathy Lynn Fletcher-Stair, Sr, Case Number 19-00202, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

IMPORTANT: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Ronald Reagan Federal Building</u>
<u>228 Walnut St, Rm 320</u>
<u>Harrisburg, PA 17101-1737</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

THE UPDATED ADDRESS IS:

_Can't find address_

Home Depot
PO Box 13047
Roswell, GA 30076

3/5/2019

Signature of Debtor or Debtor's Attorney _____  3-5-19
                                                              Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

---

Total Control Panel                                                                                    Login

To: gary.imblum@imblumlaw.com          Message Score: 1                    High (60): Pass
From: usbankruptcycourts@noticingcenter.com   My Spam Blocking Level: Low   Medium (75): Pass
                                                                            Low (90): Pass
                                       Block this sender
                                       Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*

3/5/2019