# Sharlene Miller

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Monday, March 11, 2019 4:33 PM |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Kathy Lynn Fletcher-Stair, Sr, Case Number: 19-00202, HWV, Ref: [p-132070133] |
| **Attachments:** | R_P11900202ntnew3410051.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

March 11, 2019

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Kathy Lynn Fletcher-Stair, Sr, Case Number 19-00202, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

IMPORTANT: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**
**Ronald Reagan Federal Building**
**228 Walnut St, Rm 320**
**Harrisburg, PA 17101-1737**</u>

| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| Solar City<br>3055 Clearview Way<br>San Mateo, CA 94402-3709 | Can't find address |

3/12/2019

Case 1:19-bk-00202-HWV    Doc 15    Filed 03/15/19    Entered 03/15/19 11:43:30    Desc
Main Document      Page 1 of 2

Signature of Debtor or Debtor's Attorney [signature]    Date  3-14-19

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

| Total Control Panel | | Login |
|---|---|---|
| To: gary.imblum@imblumlaw.com<br>From: usbankruptcycourts@noticingcenter.com | Message Score: 1<br>My Spam Blocking Level: Low<br><br>Block this sender<br>Block noticingcenter.com | High (60): Pass<br>Medium (75): Pass<br>Low (90): Pass |

*This message was delivered because the content filter score did not exceed your filter level.*

3/12/2019