IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| In Re: | * |
| | * Case No. 19-00202-HWV |
| KATHY LYNN FLETCHER-STAIR, SR. | * |
| | * Chapter 7 |
| | * |
| Debtor. | * |
| | * |
| | * |

**NOTICE OF APPEARANCE ON BEHALF OF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST AND REQUEST FOR SERVICE OF NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 342(a), as well as Bankruptcy Rules 2002, 9007 and 9010, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Pretium Mortgage Acquisition Trust, requests that it be placed on the mailing matrix filed by the Debtor in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the addresses set forth below:

Mark W. Schweitzer (mschweitzer@mhlawyers.com)
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
301-441-2420

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 9010(b), the foregoing request includes not only the notice and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone,

telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights and obligations of the Debtor.

Dated: March 19, 2019          Respectfully submitted

MCNAMEE HOSEA JERNIGAN KIM
GREENAN & LYNCH, P.A.

_/s/ Mark W. Schweitzer_

Mark W. Schweitzer (Admitted in MD)[1]
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(t) 301-441-2420
(f) 301-982-9450
mschweitzer@mhlawyers.com

---

[1] The appearance of counsel is for purposes of requesting copies of notices and papers only, and counsel does not seek to enter its appearance in this matter except for the limited purpose stated herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of March, 2019, a true and correct copy of the foregoing has been furnished by first class mail to:

Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Office of the U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

Steven M. Carr
Ream Carr Markey Woloshin & Hunter, LLP
119 East Market Street
York, PA 17401

_____
Mark W. Schweitzer